DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HATTIE SHIP,**
Appellant,

v.

**DORIS LARIVIERE,** individually, **DANIEL LARIVIERE,** individually, and
**THE HERTZ CORPORATION,** a foreign profit corporation,
Appellees.

No. 4D17-602

[July 27, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE15-22450(09).

W. Tucker Craig and Scott C. Cochran of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Fort Lauderdale, for appellant.

Ken M. Frankel of Ken M. Frankel, P.A., Pompano Beach, and Ralph O. Anderson of Ralph O. Anderson, P.A., Fort Lauderdale, for appellees Doris LaRiviere and Daniel LaRiviere.

Daniel J. Santaniello and Edgardo Ferreyra, Jr., of Luks, Santaniello, Petrillo & Jones, Fort Lauderdale, for appellee The Hertz Corporation.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***